IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA CHILDREN'S MEDICAL CENTER, d/b/a/ LCMC HEALTH**,<br><br>Plaintiff<br><br>*v.*<br><br>**MERRICK GARLAND,** in his official capacity as **ATTORNEY GENERAL OF THE UNITED STATES,** *et. al*<br><br>Defendants<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*HCA Healthcare, Inc. v. Garland et. al,* No. 23-cv-1311 | CIVIL ACTION<br><br>No. 2:23-cv-1305<br><br>JUDGE LANCE M. AFRICK<br>SECTION I<br><br>MAGISTRATE JUDGE<br>MICHAEL NORTH<br>DIVISION 5 |

**PLAINTIFF HCA HEALTHCARE, INC.'S JOINDER
<u>REQUESTING STATUS CONFERENCE</u>**

On May 9, 2023, Plaintiff LCMC filed a motion in related Case No. 23-cv-1305 respectfully moving for a prompt status conference. For the reasons set out therein, Plaintiff HCA agrees that a status conference is warranted. Accordingly, HCA joins in the motion for a prompt status conference.

1

Dated: May 10, 2023               Respectfully submitted,

*/s/ Sara Y. Razi*
Sara Y. Razi (admitted *pro hac vice*)
Abram Ellis (admitted *pro hac vice*)
Joshua Hazan (admitted *pro hac vice*)
Simpson Thacher & Bartlett LLP
900 G Street N.W.
Washington, D.C. 20001
(202) 636-5500
sara.razi@stblaw.com
aellis@stblaw.com
joshua.hazan@stblaw.com

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso (#2814)
Christine M. Calogero (#36818)
Stephen R. Klaffky (#36211)
Barrasso Usdin Kupperman Freeman & Sarver L.L.C.
990 Poydras Street, Suite 2350
New Orleans, LA 70112
(504) 589-9700
jbarrasso@barrassousdin.com
ccalogero@barrassousdin.com
sklaffky@barrassousdin.com

*/s/ Harry Rosenberg*
Harry Rosenberg (#11465)
Phelps Dunbar, LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Tel: (504) 584-9219
harry.rosenberg@phelps.com

*Counsel for HCA Healthcare, Inc.*

2