UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA CHILDREN'S MEDICAL CENTER** | **CIVIL ACTION** |
| **VERSUS** | **No. 23-1305 c/w**<br>**23-1311 c/w**<br>**23-1890**<br>**REF: ALL CASES** |
| **ATTORNEY GENERAL OF THE UNITED STATES ET AL.** | **SECTION I** |

**ORDER**

Considering HCA Healthcare Inc.'s ("HCA") motion[1] to withdraw and substitute counsel,

**IT IS ORDERED** that the motion is **GRANTED**. Christine M. Calogero is **WITHDRAWN** as counsel of record for HCA. Chloé M. Chetta shall be **ENROLLED** as counsel of record for HCA in this matter.

New Orleans, Louisiana, July 18, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 69.