IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA CHILDREN'S MEDICAL CENTER, d/b/a LCMC HEALTH,**<br><br>Plaintiff,<br><br>v.<br><br>**ATTORNEY GENERAL OF THE UNITED STATES, ET AL.,**<br><br>Defendants. | CASE NO. 2:23-cv-01305-LMA-MBN<br>c/w 23-cv-1311<br>c/w 23-cv-1890<br><br>JUDGE LANCE M. AFRICK SECTION I<br><br>MAGISTRATE JUDGE<br>MICHAEL B. NORTH<br>DIVISION 5<br><br>REF CASE NO. 2:23-cv-01890 |

**PETITIONER FEDERAL TRADE COMMISSION'S
MOTION FOR SUMMARY JUDGMENT**

Petitioner, the Federal Trade Commission ("FTC"), moves this Court to grant summary judgment pursuant to Federal Rule of Civil Procedure 56(c).

On January 1, 2023, Respondent LCMC Health ("LCMC") acquired three hospitals in Louisiana owned by Respondent HCA Healthcare Inc. ("HCA"). By closing their transaction without filing notification forms and observing the statutorily required waiting period, LCMC and HCA violated the Hart-Scott-Rodino Act ("HSR Act"). The FTC filed this action to remedy LCMC's and HCA's (collectively, "the Hospitals")[1] violations of the HSR Act.

A "court should grant summary judgment when 'there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law.'" *Davidson v. Fairchild Controls Corp.*, 882 F.3d 180, 184 (5th Cir. 2018) (quoting Fed. R. Civ. P. 56(a)).

---

[1] To avoid confusion among the various actions filed by the FTC, LCMC, and HCA, we refer to the Respondents in the FTC's action—LCMC and HCA—as "the Hospitals."

1

This case presents a narrow legal question: whether companies that have entered into an otherwise reportable transaction must file notifications under the HSR Act where they assert that the state action doctrine applies.

For the reasons explained in the accompanying Statement of Undisputed Facts and Memorandum in Support of Motion for Summary Judgment, the answer is yes. The FTC respectfully requests that the Court grant this motion for summary judgment, hold that the Hospitals do not satisfy any exemption to the HSR Act's notification requirements, and enter the accompanying proposed orders compelling the Hospitals to file HSR Act notifications and requiring LCMC to maintain the assets acquired in the transaction pending the FTC's review of the merger under the HSR Act.

Dated: July 18, 2023                     Respectfully submitted,

                                         */s/ Mark Seidman*
                                         Mark Seidman
                                         Daniel J. Matheson
                                         Adam Pergament
                                         Stephen Rodger
                                         Bureau of Competition
                                         Federal Trade Commission
                                         600 Pennsylvania Avenue, NW
                                         Washington, DC 20580
                                         Tel: (202) 326-3296