IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA CHILDREN'S MEDICAL CENTER, d/b/a LCMC HEALTH,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**ATTORNEY GENERAL OF THE UNITED STATES, ET AL.,**<br><br>　　　　Defendants. | CASE NO. 2:23-cv-01305-LMA-MBN<br>　　　　c/w 23-cv-1311<br>　　　　c/w 23-cv-1890<br><br>JUDGE LANCE M. AFRICK SECTION I<br><br>MAGISTRATE JUDGE<br>MICHAEL B. NORTH<br>DIVISION 5<br><br>REF CASE NO. 2:23-cv-01890 |

**[Proposed] Order to Maintain Assets**

WHEREAS, on this date, the Court ordered under 15 U.S.C. § 18a(g)(2)(A) Respondent LCMC Health ("LCMC") to file, within a specified period of time, a Hart-Scott-Rodino Act ("HSR Act") notification with the Federal Trade Commission and the Antitrust Division of the United States Department of Justice relating to LCMC's acquisition of three hospitals owned by Respondent HCA Healthcare Inc. on January 1, 2023; and

WHEREAS, the Court has the discretion under 15 U.S.C. § 18a(g)(2)(C) to grant such other equitable relief that it deems necessary or appropriate when compelling a party to file an HSR notification;

IT IS HEREBY ORDERED:

1. LCMC shall not close or otherwise intentionally or negligently undermine the viability, competitiveness, and marketability of the Tulane Medical Center in New Orleans, LA, the Tulane Lakeside Hospital in Metairie, LA, or the Lakeview Regional Medical Center in Covington, LA (together, the "Tulane Hospitals");

1

2. LCMC shall maintain all clinical service lines available at the Tulane Hospitals as of the date of this Order; *provided, however*, that LCMC may shift clinical services among LCMC facilities and the Tulane Hospitals if such changes are necessary to provide safe patient care or to address regulatory requirements such as minimum staffing levels; *provided, further, however*, any changes by LCMC must be reversible and can be restored;

3. LCMC shall not sell, transfer, or take any action to encumber or otherwise impair the assets used by the Tulane Hospitals and shall prevent the destruction, wasting, or deterioration of the Tulane Hospitals, except in the ordinary course of business, and not take any action that might create a material change in the operations of the Tulane Hospitals except as provided in paragraph 2 above; *provided, however*, any assets moved from any hospital pursuant to paragraph 2 shall be retained and any location from which those assets were moved shall not be irreversibly changed or modified;

4. LCMC shall use best efforts to keep the Tulane Hospitals staffed with sufficient employees to maintain the viability and competitiveness of the Tulane Hospitals. LCMC shall not terminate, or cause the termination of, any contract between the Tulane Hospitals and any employee except for good cause as allowed by contract;

5. LCMC shall not renegotiate, terminate, or cause or allow termination of any contract between any health insurance carrier and the Tulane Hospitals; *provided, however*, that in the event that a contract with one or more of the Tulane Hospitals expires or a new contract is required during the term of this Order, LCMC shall extend existing contracts but may enter into new contracts if necessary to maintain patient access to the Tulane Hospitals or other LCMC facilities; and

6. Unless otherwise ordered by this Court, this Order shall expire and cease to bind any party at the end of the HSR waiting period enumerated in 15 U.S.C. § 18a(b)(1) relating to the acquisition of the Tulane Hospitals by LCMC.

SO ORDERED:

_____
Hon. Lance M. Africk, U.S.D.J.
United States District Court for the Eastern District of Louisiana

Dated:  August __, 2023