UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FEDERAL TRADE COMMISSION | CIVIL ACTION |
| Plaintiff, | NO. 23-1305 |
| v. | c/w 23-311 |
| LOUISIANA CHILDREN'S MEDICAL CENTER | c/w 23-890 |
| and | REF: ALL CASES |
| HCA HEALTHCARE, INC. | SECTION I |
| Defendants. | |

**INTERVENOR, THE STATE OF LOUISIANA'S
MOTION FOR JUDGMENT ON THE PLEADINGS
OR ALTERNATIVELY
MOTION FOR SUMMARY JUDGMENT**

The State of Louisiana ("State"), by and through Attorney General Jeff Landry ("Attorney General"), moves this Court pursuant to Fed. R. Civ. P. 12(c) for the judgment on the pleadings and dismissal of the lawsuit filed by the Federal Trade Commission ("FTC"). The entry of judgment based upon the pleadings filed by the parties in this case due to the Attorney General's issuance of a Certificate of Public Advantage ("COPA") authorizing the transaction the FTC is seeking to enjoin.

At all times prior to instituting this action, it has been the policy of the FTC to challenge only mergers that will have anticompetitive effects, and to only challenge assertions of state action immunity when a state's supervision of private conduct was

1

perceived to be deficient. The FTC has alleged neither circumstance in its complaint, and has acknowledged the COPA issued by the Attorney General, and dismissal is therefore appropriate.

Alternatively, the State moves the Court pursuant to Fed. R. Civ. P. 56 for the entry of summary judgment in favor of defendants HCA Healthcare, Inc. and Louisiana Children's Medical Center, as there is no genuine dispute of any material fact, and the entry of a judgment dismissing the FTC's complaint is appropriate as a matter of law.

Accompanying this Motion are: (1) a Statement of Undisputed Facts, (2) a Memorandum in Support of this Motion, (3) the Declaration of Angelique Freel and (4) the Declaration of Terrence J. Donahue, Jr., all of which are incorporated herein by reference.

Respectfully Submitted,

**JEFF LANDRY**
**LOUISIANA ATTORNEY GENERAL**

*s/ Terrence J. Donahue, Jr.*
Elizabeth B. Murrill (LSBA No. 20685)
SOLICITOR GENERAL
Angelique Duhon Freel (LSBA No. 28561)
Carey Tom Jones (LSBA No. 07474)
Terrence J. Donahue, Jr. (LSBA No. 32126)
Alicia Edmond Wheeler (LSBA No. 28803)
ASSISTANT ATTORNEYS GENERAL
OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax

murrille@ag.louisiana.gov  
freela@ag.louisiana.gov  
jonescar@ag.louisiana.gov  
donahuet@ag.louisiana.gov  
wheelera@ag.louisiana.gov  

## **CERTIFICATE OF SERVICE**

I certify that on July 18, 2023, a copy of the foregoing Motion was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*s/ Terrence J. Donahue, Jr.*
Terrence J. Donahue, Jr.