UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA CHILDREN'S MEDICAL CENTER** | **CIVIL ACTION** |
| **VERSUS** | **No. 23-1305**<br>**c/w 23-1311**<br>**c/w 23-1890**<br>**REF: 23-1890** |
| **ATTORNEY GENERAL OF THE UNITED STATES ET AL.** | **SECTION I** |

## JUDGMENT

On this date, the Court issued an order and reasons granting the motion[1] for summary judgment filed by respondents, Louisiana Children's Medical Center, d/b/a LCMC Health and HCA Healthcare, Inc. (collectively, the "Hospitals"), granting the motion[2] for summary judgment filed by intervenor, the State of Louisiana (the "State"), dismissing as moot the motion[3] for judgment on the pleadings filed by the State, and denying the motion[4] for summary judgment filed by petitioner, the Federal Trade Commission (the "FTC"). Accordingly,

**IT IS ORDERED** that the FTC's claims against the Hospitals are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, September 27, 2023.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 75.
[2] R. Doc. No. 74.
[3] *Id.*
[4] R. Doc. No. 71.